*United State District Court*
*Middle District of Louisiana*
*Baton Rouge, Louisiana*

Form [JR – 1] (Rev. 2/99)

▓▓▓▓▓▓▓▓▓▓▓▓▓

Perry Parker
_____

(Enter above the full name of the
plaintiff or plaintiffs in this action.)

SUIT NUMBER: _____

**VERSUS**

Dr. Parkand Sandy
_____

DIVISION: _____

(Enter above, the full name of the
defendant or defendants in this action.)

### PETITION FOR JUDICIAL REVIEW

**I. Administrative Remedy Action**

A.    Did you present the facts relating to your complaint in the prisoners' grievance
procedure?

YES [✓]          NO [ ]

B.    If your answer is YES , what is the number assigned to the prisoners' grievance?

(Note: List only one)

ARP No. LSP-2022-1177

Disciplinary Board Appeal No. _____

Property Claim No. _____

C.    If your answer is YES:

(1.)   What steps did you take? Petitioner filed his property claim to then-Warden
~~Darrel Vannoy~~  and to the Secretary of the Louisiana Department of Public Safety
and Corrections (DPSC)

2.    What was the result? Property claim was denied at both steps of the process.

D.    If your answer is NO, explain why not:

_____Denied_____

_____

**II. Previous Lawsuits**

A.    Have you begun any other lawsuits in state or federal court dealing with the same
facts involved in this action or the same administrative grievance?

YES [ ]      NO [✓]

B.    If your answer to A is YES, describe each lawsuit in the space below.  (If there is
more than one lawsuit, describe the additional lawsuits on another piece of
paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s): _____, DOC # _____

1

Defendant(s): _____

_____

2. Court (If Federal Court, name the District; if State Court, name the Parish):

_____

3. Docket number: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition [for example: Was the case dismissed?  Was it appealed?
   Is it still pending?]:

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

**III. Parties**

A.    Plaintiff ( Fill in your name, DOC #, and present address )

Name: *Perry Parker*                    , DOC # *187389*

~~_____~~

*Unit-2 Dorm-7 D.C.I. P.O. Box 788*
*Jackson La ~~____~~ 20748*

In item B below, place the full name of the defendant in the first blank, his official position  in  the
second blank, and his place of employment in the third blank. Use item  C for the names, positions,
and places of employment of any additional defendants.]

B.    Defendant, *Dr. Park*            , is employed as *Doctor*
      at Louisiana State Penitentiary. *Treatment Center.*

C.    Additional defendants:
      Defendant, *Sandy (NURSE)*, is employed as *Nurse*
      at Louisiana State Penitentiary. *Treatment center*
      Defendant, _____, is employed as _____
      at Louisiana State Penitentiary.
      Defendant, _____, is employed as _____
      at Louisiana State Penitentiary.

2

Statement of Claim

4/25/23

Dr. Park and nurse Sandy was negligence in their duty, breach, causation and cause me damages. Dr. Park failed in her duty by giving me to much medicine for my blood pressure. Which caused me to pass out two time, hit my head on something, nick, my shoulder and my but-toch. Because she had never looked at the medical record on me from New Orleans medical center. Sandy also was negligence in her duty, breach, causation and cause me damages. See, sandy failed in her duty because she said she didn't want to do nothing. So she made-up a Sick-call form and didn't do no check-up on the Bell Palsy and denied me medical treatment for the Bell-Palsy. Sandy is not a medical Doctor, There fore, She should not had made the final decision that I don't needs and was not going to be giving me any medicine for my Bell-Palsy that cause me more dif in my face. Also, Dr. Park and Sandy was Deliberate indifference because they threw about my serious medical need and they failed to respond reasonably to it. They was malpractice also in Professional's improper or immoral conduct in the performance of their duties, done either intentionally as sandy said "She don't want to do nothing or through carelessness as Dr. Park did when she didn't look at or failed

P. 1 of 2

over
↓

to look at New Orleans medical
Center record and gave me to much of
medicine. Dr. Park almost kill me and
Sandly cause me more d     in my
P. 2 of 2-   face.

Sincerely
Perry Paoler #787389
DC.I. Unit-2 Dorm-7
PO. Box-788
Jackson, La 70748

## IV.  Statement of Claim

State here as briefly as possible why you believe the final decision by the Department in the administrative remedy action you listed in Part I, above, is incorrect.  (See:  La. R.S. 15:1177 and R.S. 49:964).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3

Perry Pooler
DOC # 187389
Oak-4
Louisiana State Penitentiary
Angola, Louisiana 70712

Dated: 6/10/22

Warden Tim Hooper
Office Of The Warden
Louisiana State Penitentiary
Angola, Louisiana 70712

Request For Administrative Remedy

Complaint

On February 17, 2022, I was sent to New Orleans Medical Center to see a medical doctor to work on my eyes.

1

However, the medical doctor could Not Work on my eyes because my blood pressure was too high.

Because my blood pressure was so high, Security was told to take me to the emergency room at New Orleans Medical Center. It took the medical Staff, at New Orleans Medical Center, ten (10) days to get my blood pressure to come down.

On March 13, 2022, when I got back to the Treatment Center in Angola from New Orleans Medical Center, Dr. Park gave me too much medicine for my blood pressure, which caused me to pass out two (2) times, hit my head on Something, Nick my shoulder and my buttock. Dr. Park gave me too much medicine for my blood pressure, because she had Never looked at the medical record on me from New Orleans Medical Center

Until after I had passed out two (2) times.

Instead of sending me to the hospital on the street for a M.R.I. after I passed out and hit my head on some-thing, Dr. Park ordered that I be x-rayed at the Treatment Center in Angola.

On or about March 14, 2022, after I had passed out two (2) times and hit my head on something, I was given a paper to sign at the Treat-ment Center in Angola.

On March 20, 2022, I was sent back to New Orleans Medical Center because I had got sick and dizzy. The medical doctor at New Orleans Medical Center said that I have syncope.

When I got back to the Treat-ment Center in Angola from New Orleans Medical Center, I was

3

placed on Ward-1. A black lady, at the Treatment Center, gave me a paper to sign.

On or about April 1, 2022, after I was discharged from Ward-1, people kept telling me that my eye was big. Therefore, I looked in the mirror and saw that my eye was swollen. I went to the emergency room and asked Sandy to let me make an emergency for my swollen eye. Sandy told me that she did not want to do nothing. She told me to go to the Bull Pen and make an emergency.

I went to the Bull Pen and made an emergency as Sandy told me to. Before I got back to the emergency room from the Bull Pen, Sandy had already wrote out the Health Care Request form and the EMT man read it to me. Sandy and the EMT man did not run any type of check up on

Me. Sandy told me that I look good and that she was not going to do anything for me. I have a copy of the sick-call form.

Sandy is not a medical doctor. Therefore, she should not have made the final decision that I did not need and was not going to be given any medicine for my Bell Pause. She should have but did not refer me to see a medical doctor for my Bell Pause.

## Relief

That I not be retaliated against for filing this Request for Administrative Remedy.

That I not be treated by Dr. Park or Nurse Sandy for my medical problems, but by some

5

other medical doctor and some other Nurse at the Treatment Center in Angola, because I don't trust Dr. Park or Nurse Sandy. Dr. Park almost killed me before and Nurse Sandy did not want to give me any medicine or refer me to a medical doctor for my Bell Pause.

That I be granted all other relief just, proper, and due to me in this case.

Respectfully submitted,

Perry Pooler
DOC # 187389

**FACTS**

See, A.R.P.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That Dr. Park and Nurse Sandy be out of a Job and Pay for My Pain and suffers Don't work as a Doctor or Nurse no more.

RECEIVED

APR 27 2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

Hello Court                                                        4/25/23

I am writing and asking this Court to accept this Judicial Review until I received the one I send to Inmate Banking. I send Inmate Banking the Whole Judicial Review because the Forma Paupers is in it. I had to get them to sign the statement of Account. I send those Paper to them 3 days before 4/18/23 and they send them back with out signing it + so I had to send them back again and ask them to sign it on 4/18/23. As of this date 4/25/23 I have not received them back Yet. But soon as they send them to me, I'm going to copy them and send them to the court. I am asking the court to do this because I don't want to be late.

Thank very much!
Sincerely
Perry Pader #187389

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER:  LSP-2022-1177

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: <u>POOLER, PERRY   187389</u>                          <u>LSP</u>
      Offender Name and Number                          Living Unit

Received in this Office on 01/09/2023:

Your request for an Administrative review of ARP# LSP-2022-1177 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

It has been determined that your complaint is without merit.  The medical staff has addressed your concerns in an appropriate manner and in accordance with the DOC Health Care Policy.  Medical opinion is controlling.  The care you have received as well as the care you will continue to receive from the medical staff is determined adequate for your health care concerns.  You have failed to provide any evidence to support your allegations or that would cause us to believe otherwise.  As such, this office has accepted staff's position in this matter and concurs with the response provided at the First Level.  Therefore, administrative intervention is not forthcoming.

Your request for relief is denied.

_____                    _____
               Date                                           Secretary's Signature or His Designee

I received this paper on 4/12/23

2-28-23

14 September 2009                    **Health Care Request Form**          Institution: _____

_Pino Pointe_          _197__    _32_
Name                    DOC#        Age        Housing          Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY — COMPLAINT AND/OR REQUEST:**

_Cavial Elvius_

**Health Care Personnel Screening:** Date _____ Time _____ Location Seen: _____

(Circle One): Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

                                    Total #: _____

Screener's Signature _B. Halm_ 608

☐ No Fees  ☐ $3 Access Fee  ☒ $6 Access Fee  ☐ $2 for Each Prescription Fee: $ _____  Total: $ _6.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_Harris John_          _197359_      _____      _____
Offender's Signature          DOC#          Date          Witness Signature

        Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

Kacy Kade 182370
Mac-4 Unit-2 Dorm-7
La. State Penn.
Angola, La 70712
D.C.I P.O. Box 788
Jackson, La 70748

United State District Court
Middle District of Louisiana
777 Florida Street, suite 139
Baton Rouge, La 70801-1712

SCREENED
OK
U.S. MARSHAL