UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PERRY POOLER (#187389)                                CIVIL ACTION

VERSUS

UNKNOWN PARK, ET AL.                          NO. 23-00325-BAJ-SDJ

## JUDGMENT

For the written reasons assigned,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, on motion of Plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of Plaintiff's claims on the Court's Docket.

Baton Rouge, Louisiana, this 7th day of August, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA